United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 12, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 24-36024 |
| ALL INCLUSIVE 4DL, LLC, § | |
| § | |
| Debtor. § | |
| § | |
| § | CHAPTER 11 |

## ORDER
## CONVERTING CASE UNDER CHAPTER 11 TO CASE UNDER CHAPTER 7

This case is before the Court on a motion under 11 U.S.C. § 1112(b) to convert this chapter 11 case to a case under chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.*, or, in the alternative, to dismiss the case. After notice and a hearing, the Court orders as follows:

1. This case is converted to a case under Chapter 7.

2. No later than **September 26, 2025** Debtor must (i) account for and turn over to the Chapter 7 Trustee all records and property of the estate under their custody and control as required by Fed. R. Bankr. P. 1019(4); (ii) file a schedule of all unpaid debts incurred after the commencement of the Chapter 11 case (including the names and addresses of all creditors) as required by Fed. R. Bankr. P. 1019(5); (iii) file a final report and account as required by Fed. R. Bankr. P. 1019(5); and (iv) file the statements and schedules required by Fed. R. Bankr. P. 1019(1) and 1007(b), if such documents have not already been filed and (v) file all outstanding monthly operating reports.

3. The United States Trustee is directed to appoint a chapter 7 trustee.

4. No later than **September 26, 2025**, Debtor must file a certificate of compliance, upon completion of each item ordered in paragraph 2, with the Clerk of Court.

SIGNED September 12, 2025

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge