**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas

**ENTERED**

May 04, 2026

Nathan Ochsner, Clerk

In
Re:     All Inclusive 4DL, LLC

**Debtor(s)**

Case No.: 24–36024

Chapter:  7

## *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Christopher R Murray is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 5/4/26

Eduardo V. Rodriguez
Chief United States Bankruptcy Judge